## FIRST NATIONAL BANK AND TRUST CO., ADMR.
### vs.
## CLARENCE BLAKESLEE

Superior Court     New Haven County     File #50704

Present: Hon. NEWELL JENNINGS, Judge.

Pond, Morgan & Morse,     Attorneys for the Plaintiffs.

George E. Hall;
Alcorn, Mitchell & Alcorn,     Attorneys for the Defendant.

### MEMORANDUM FILED DECEMBER 15, 1936.

JENNINGS, J. This motion, read in the light of the supporting argument, is so obvious an attempt on the part of the plaintiff to draw the answer as well as the complaint, that further comment is unnecessary. A party still has the right to plead his case in his own way unless he runs counter to some rule of pleading. **Freeman's Appeal, 71 Conn., 708.** No such offense appearing here, the motion is denied.